# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | November 28, 2022 |
| **Bankruptcy Case No.** | 22 B 10434 | **Adversary No.** | 22 A 00144 |

**Title of Case**: Goree v. United States Bankruptcy Court, et al.

**Brief Statement of Motion**: Adversary Complaint

(Re: Docket No. 1)

**Names and Addresses of moving counsel**:

**Representing**:

## ORDER

The plaintiff failed to appear at the last status hearing. An order was entered and mailed to her last known address warning her that if she failed to appear at the status hearing set for today, this adversary proceeding would be dismissed for want of prosecution. The plaintiff again failed to appear. The adversary proceeding is therefore dismissed for want of prosecution.

*/s/ A. Benjamin Goldgar*
MO